EG

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Tyler Elyja BRANDON<br>DOB: 6/17/2005 | )<br>)<br>)  Case No.  2:26-mj-216<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 14, 2026 _____ in the county of _____ Franklin _____ in the

_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. C. §922(g)(1) | Felon in Possession of a Firearm |
| 18 U.S. C. §922(g)(1) | Felon in Possessin of Ammunition |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Thomas Livingston, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 4/3/2026 _____

_____
*Judge's signature*

Chelsey M. Vascura
United States Magistrate Judge
*Printed name and title*

City and state: _____ Columbus, Ohio _____