**PROBABLE CAUSE AFFIDAVIT**
**TYLER BRANDON**

I, Thomas Livingston, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2016. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since July, 2025. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Tyler BRANDON (hereinafter referred to as BRANDON) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, which firearm and ammunition had been shipped and transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware of that relate to this investigation but rather is provided for the limited purpose of establishing probable cause that BRANDON committed this offense.

4. On March 14, 2026, at approximately 3:14p.m., Columbus Police patrol officers encountered a 2011 red Toyota Prius, Ohio Registration #JYV5602, near East Maynard Avenue and Cleveland Avenue in Franklin County, Ohio. Officers noted that the vehicle was entered into the National Crime Information Center (NCIC) for a Felony Assault – Shooting (Columbus Police Offense Report #260167649) that occurred on March 10, 2026, in Columbus, Ohio when officers ran the tag information.

5. Officers attempted a traffic stop the vehicle at the location but the driver of the vehicle, later identified as 17 year old J.B., fled from the scene of the traffic stop and a vehicle pursuit was initiated. Less than one (1) minute later, the red Toyota Pruis ran a stop sign at a high rate of speed at East 19th Avenue and Hamilton Avenue and struck a 2nd vehicle causing two (2) fatalities among the occupants of the 2nd vehicle. Officers arrived at the crash scene and took J. B. and his passengers: 17 year old L.S., 17 year old A.C., and 20 year old Tyler BRANDON into custody.

6. While extracting BRANDON from the vehicle, arresting officers noticed that a black handgun had fallen to the ground underneath BRANDON's open rear passenger side door. The handgun was later identified as a Canik SFX Rival 9mm serial number 23CM26404 handgun which was found to be loaded with 19 live rounds of ammunition. Officers also recovered a loaded handgun magazine from BRANDON's pant pocket during handcuffing. The magazine was loaded with 18 live rounds of ammunition. The magazine recovered from BRANDON's person was a Canik handgun magazine that is capable of being inserted into the Canik SFX Rival 9mm handgun.

**PROBABLE CAUSE AFFIDAVIT**
**TYLER BRANDON**

7. Felony Assault detectives later read BRANDON his *Miranda* warning and BRANDON denied being in possession of a firearm.

8. Detectives requested a latent exam to be conducted on the Canik SFX Rival 9mm handgun and BRANDON's right thumb print was found on the loaded magazine that had been inserted into the Canik SFX Rival 9mm handgun.

9. BRANDON has a prior conviction punishable by more than one year of imprisonment which prohibits him from possessing a firearm and ammunition. A summary of that conviction is as follows:
   - On February 11, 2025, BRANDON was convicted in the Franklin County Court of Common Pleas (Ohio) under case number 24CR003232 of Aggravated Robbery without a firearm specification, in violation of Ohio Revised Code section 2911.01, a felony of the first degree.

10. Special Agent Cole Benner with the ATF conducted a firearms NEXUS report on the Canik SFX Rival 9mm handgun and the ammunition. It is based on SA Benner's findings that the Canik SFX Rival 9mm was manufactured in Turkey. One round of ammunition recovered containing the head-stamp marking "MXT 24 9x19" is manufactured by Maxxtech in Croatia. Another round of ammunition recovered containing the head-stamp marking "BLAZER 9mm LUGER" is manufactured by CCI in Idaho.

11. The aforementioned offenses occurred in Franklin County, Ohio in the Southern District of Ohio.

12. Based on the above information, your affiant believes probable cause exists that Tyler BRANDON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate or foreign commerce, in violation of 18 U.S.C. §§ 922 (g)(1) and 924(a)(8).

ATF TFO Thomas Livingston

Sworn to and subscribed before me this day of ___April 3, 2026___, at_____ Columbus, Ohio.

**Chelsey M. Vascura**
**U.S. MAGISTRATE JUDGE**